GABRIELLA MAYS, A WIDOW, *Appellant,* v. CARRIE D. WHITE AND A. W. WHITE, HER HUSBAND, ANNETTA MAY HOLMES AND WILLIAM HOLMES, HER HUSBAND, MAMIE H. SMITH AND W. H. SMITH, HER HUSBAND, GABRIELLA E. PLAIR AND S. MEANS PLAIR, HER HUSBAND, THEODORE H. MAYS AND GEORGE H. MAYS, JR., *Appellees.*

Opinion Filed February 3, 1923.

Where, in a suit between the widow on one hand and the children on the other of a deceased owner of a homestead involving only the question of "what the widow as widow is entitled to," it is made to appear to the appellate court that since the entry of the appeal the widow, who is the sole appellant, has died, a motion to dismiss upon the ground that the question has become moot should be granted.

A motion to dismiss the appeal.

Motion granted.

*George C. Bedell* and *D. H. Doig,* for Appellant;

*McGill & McGill,* for Appellees.

PER CURIAM.—This is a suit between a widow and children involving the homestead of the deceased owner. In the brief of counsel for appellant it is stated that the "only question presented by this case is the question as to what the widow as widow is entitled to." The widow is the sole appellant. Motion is made by counsel for appellees to dismiss the case on the ground that the question has become moot because of the death of the widow, the sole appellant, and proof of her death accompanies the motion.

The motion to dismiss will be granted.